UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH CARTER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 4:13CV1600 HEA |
| FURNITURE BRANDS INTERNATIONAL, | ) ) ) | |
| Defendant. | ) ) ) | |

## **ORDER**

This matter is before the Court on the motion of Matt N. Lassman SEP IRA, Matt N. Lassman Traditional IRA, Matt N. Lassman Roth IRA, Matt N. Lassman, jointly with Megan B. Lassman with rights of survivorship, and Matt N. Lassman, as a partner of the Lassman Family Ltd Partnership (collectively, "Lassman") to Consolidate and for Appointment of Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel. Plaintiff Keith Carter did not respond and Movants Blades and Schaap do not oppose the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Lassman's Motion, [Doc. No. 13], is granted.

**IT IS FURTHER ORDERED** that Case Numbers 4:13CV1600 HEA and

4:13CV1703 HEA are consolidated and all filings forward shall be in Case Number 4:13CV1600 HEA.

**IT IS FURTHER ORDERED** that Lassman is appointed Lead Plaintiff.

**IT IS FURTHER ORDERED** that Robbins Geller Rudman & Dowd LLP ("Robbins Geller") shall serve as Lead Counsel

**IT IS FURTHER ORDERED** that Shamberg, Johnson & Bergman, Chartered ("Shamberg") shall serve as Liaison Counsel for the class.

Dated this 4th day of March, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE